Argued and submitted June 29, 2001, reversed and remanded July 10, 2002

## STATE OF OREGON,
*Appellant,*

*v.*

## DANIEL JAMES LEWIS,
*Respondent.*

Z602702; A105005

49 P3d 111

Rolf C. Moan, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Rebecca Duncan, Deputy Public Defender, argued the cause for respondent. With her on the brief was David Groom, Public Defender.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

Reversed and remanded. *State v. Warner,* 181 Or App 622, 47 P3d 497 (2002).

---

* Deits, C. J., *vice* Warren, S. J.